IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK E. COPELAND                                         PLAINTIFF

v.                      No. 3:14-cv-177-DPM

JOHN THROESCH                                         DEFENDANT

## JUDGMENT

Copeland's claims against Throesch are dismissed without prejudice.

*(signature)*

D.P. Marshall Jr.
United States District Judge

28 July 2014